SCOTTISH-AMERICAN MORTGAGE COMPANY, APPELLEE, V. WILLIAM BIGSBY ET AL., APPELLANTS.

FILED JUNE 15, 1897.  No. 7392.

1. Judicial Sales: OBJECTIONS TO CONFIRMATION. Certain objections to the confirmation of a foreclosure sale involving only questions of fact considered, and *held* not well taken in view of the evidence adduced.

2. ———: APPRAISEMENT: OBJECTIONS. An objection that the appraisement was too low *held* made too late when not urged till after the sale.

APPEAL from the district court of Buffalo county. Heard below before HOLCOMB, J.  *Affirmed.*

*Francis G. Hamer*, for appellants.

*Dryden & Main, contra.*

RYAN, C.

The appeal in this case is from the orders of the district court of Buffalo county in overruling a motion of the appellants to set aside a sale under a decree for the foreclosure of a mortgage and in confirming such sale. The motion to set aside the sale was based on grounds which will now be considered separately.

It was first urged that notice of the sale was not published for 30 days previous to the sale. As the sheriff in his return stated that he had caused a notice of the sale

to be published more than 30 days previous to the sale this proposition can receive no further consideration.

In respect to the next complaint,—that the notice of sale was insufficient,—we must say that we have not been able to discover any ground for this criticism. The objection is so general in its nature that it is doubtful whether under it the district court was bound to search for errors. Certainly that court was scarcely to be held at fault in finding none. It was urged in the motion in question that the amount for which the foreclosure was had was not stated as being the same in the decree and in the notice of sale. In each the sum named was $1,370.86, but in the notice of sale there was in addition a statement of the amount of accruing costs. This was not a material variance. The objection that the appraisement was too low came too late after the sale. (*Vought v. Foxworthy*, 38 Neb., 790.) The appraisement shows that the interest of defendants, Bigsby and others, was appraised, and the objection that the interest was not appraised has therefore no weight. There was no evidence to support the other objections which involved merely the existence of alleged facts. The district court must therefore be assumed to have properly overruled the motion to set aside the sale, and both that ruling and the order confirming the sale are accordingly

AFFIRMED.